**State of Minnesota**

County: Hennepin

**District Court**
Judicial District: 4th District
Court File Number: 27-CV-23-1926
Case Type: Civil

Harris, Oscmeta
Plaintiff

vs

**Civil Complaint**

Scheel All Sports
Defendant

---

The Plaintiff makes the following complaints against the Defendant:

If you have more than 1 complaint against Defendant, list each complaint separately, including any supporting facts.

1. I am a Black woman. My husband, who is a Black man, and I went on May 27th, 2021, to Respondent's store at at 8301 Flying Cloud Drive, Eden Prairie, Minnesota. We each passed a background check and purchased a firearm, paying for them at the register. As an employee demostrated the use of the firearms to us, my husband

2. became light-headed and faint. We had the emergency medical technicians come and evaluate him, and they cleared him after he felt better. We noticed the store manager being very friendly with white customers and giving them a discount. His attitude to my husband and me was rude, and he denied us a discount. As we then went

3. to take the firearms that we had purchased, the store manager told the store employee not to let us take the firearm. He gave us no reason, denying both my husband and me the ability to take our purchases, even though I had not been faint. The store manager refunded our purchase. We returned to the store the next day and again

4. tried to purchase firearms, and again the store manager denied our purchase. We gave him letters with our contact information asking for a reason for the denial, which he did not respond to. I believe my race played a role in the manager's inexplicable denial, withour giving any reason, of my ability to purchase a firearm at Respondent's store.

5. For any other relief the court feels is fair and equitable.

Based on the complaints above, Plaintiff demands the following relief:

1. I therefore allege that the above-named respondent has discriminated against me in the area and on the basis listed in section 3 The discrimination ws on the basis of my Race and Section 4 The discrimination was in the area of Public Accommodation in the violation of the MHRA subdivisions specified in section 5. I allege the following

2. discriminatory act(s) in violation of the Minnesota Human Rights Act (MHRA), Minn.Stat. 363A.11, subd. 1(a)(1). Based on the complaints above, Plantiff demands the following relief: All to be determined at trial in excess of $75,000.00 and any other relief the court feels is fair and equitable.

3. _____

4. _____
   _____
   _____

*Add another page if more space is needed. Do not use the back of the paper.*

## ACKNOWLEDGMENT

By presenting this form to the court, I certify that to the best of my knowledge, information, and belief, the following statements are true. I understand that if a statement is not true, the court can order a penalty against me (such as to pay money to the other party, pay court costs, and/or other penalties).

1. The information I included in this form is based on facts and supported by existing law.

2. I am not presenting this form for any improper purpose. I am not using this form to:
   a. Harass anyone;
   b. Cause unnecessary delay in the case; or
   c. Needlessly increase the cost of litigation.

3. No judicial officer has said I am a frivolous litigant.

4. There is no court order saying I cannot serve or file this form.

5. This form does not contain any "restricted identifiers" or confidential information as defined in Rule 11 of the General Rules of Practice (https://www.revisor.mn.gov/court_rules/gp/id/11/) or the Rules of Public Access to Records of the Judicial Branch (https://www.revisor.mn.gov/court_rules/rule/ra-toh/).

6. If I need to file "restricted identifiers," confidential information, or a confidential document, I will use Form 11.1 and/or Form 11.2, as required by Rule 11.

February 9, 2023
Date

Signature: [signed]

Name: Oscmeta Harris
Address: 3543 Girard Ave N.
City, State, Zip: Minneapolis, MN 55412
Telephone: 952-567-0965
E-mail: Meta40queen@Gmail.com