IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

OSCMETA HARRIS,

    Plaintiff,

v.

SCHEELS ALL SPORTS, INC.,

    Defendant.

Case No.: 23-cv-000634-JRT-DJF

**DECLARATION OF
LEIGH CAMPBELL JOYCE IN
SUPPORT OF DEFENDANT'S
MOTION TO DISMISS**

I, Leigh Campbell Joyce, hereby declare and state as follows:

1. My full name is Leigh Campbell Joyce. I am over 21 years old and have personal knowledge of the facts contained in this declaration.

2. I am an attorney with the law firm of Baird Holm LLP. I represent the Defendant, Scheels All Sports, Inc., in the above-captioned case, pro hac vice admission pending.

3. Attached hereto as Exhibit 1 is a true and correct copy of the November 16, 2022 MDHR No Probable Cause Determination.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Plaintiff's December 15, 2022 Appeal of the Decision.

5. Attached hereto as Exhibit 3 is a true and correct copy of the December 16, 2022 No Probable Cause Determination.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed this 22nd day of March, 2023.

                                            <u>/s/ Leigh Campbell Joyce</u>
                                            Leigh Campbell Joyce

DOCS/2946631.1