UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

OSCMETA HARRIS,                                              Civil No. 23-634 (JRT/DJF)

          Plaintiff,

v.                                                                                **REPORT AND RECOMMENDATION**

SCHEELS ALL SPORTS INC.,

          Defendant.

---

Oscmeta Harris, 3543 Girard Ave. North, Minneapolis, MN 55412, *pro se* plaintiff.

Jeremiah Charles Hollembeak, Leigh Campbell Joyce, Allison Balus, **BAIRD HOLM LLP,** 1700 Farnam Street, Suite 1500, Omaha, NE 68102, for defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1.    Defendant Scheels All Sports Inc.'s Motion to Dismiss (ECF No. [12]) is **GRANTED**;

2.    Plaintiff Oscmeta Harris's Self-Styled Motion (ECF No. [22]) is **DENIED**; and

3.    This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  August 18, 2023                                    s/John R. Tunheim
at Minneapolis, Minnesota                              JOHN R. TUNHEIM
                                                      United States District Judge